ACCEPTED
03-14-00435-CV
4090393
THIRD COURT OF APPEALS
AUSTIN, TEXAS
2/10/2015 1:05:24 PM
JEFFREY D. KYLE
CLERK

# LAW OFFICE OF TERRI H. MOTL

### 1510 RIVER RIDGE LN., SAN ANGELO, TEXAS 76904
### (325) 651-7608

BOARD CERTIFIED - FAMILY LAW
TEXAS BOARD OF LEGAL SPECIALIZATION

TRAINED FAMILY LAW MEDIATOR

February 9, 2015

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
2/10/2015 1:05:24 PM
JEFFREY D. KYLE
Clerk

**VIA EFILE**

Attn: Frances Hewtty, Deputy Clerk
Court of Appeals
Third District of Texas
P.O. Box 12547
Austin, TX   78711-2547

RE:     Court of Appeals Number:     03-14-00435-CV
        Trial Court Case Number:     CV12-004436

Style:  Leslie Otis Rolls, Jr.
        v.
        Susan D. Rolls

Dear Sir/Madam:

I do not wish to participate in oral argument for this case and hereby waive oral argument. Please let me know once the Court agrees and releases me from attending any oral argument.

Very truly yours,

Terri H. Motl

THM/sab
Enclosures
cc:     Susan D. Rolls
        Chad Ruback